# UNITED STATES AIR FORCE
# COURT OF CRIMINAL APPEALS

| | | |
|---|---|---|
| **UNITED STATES** | ) | **No. ACM S32629** |
| *Appellee* | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **ORDER** |
| **Louis K. MURPHY** | ) | |
| **Senior Airman (E-4)** | ) | |
| **U.S. Air Force** | ) | |
| *Appellant* | ) | **Special Panel** |

On 21 May 2021, this court remanded the above-captioned case to the Chief Trial Judge, Air Force Trial Judiciary, "to resolve a substantial issue with the convening authority's decision memorandum." *United States v. Murphy*, No. ACM S32629, 2021 CCA LEXIS 251, at *8–9 (A.F. Ct. Crim. App. 21 May 2021) (unpub. op.). On 8 June 2021, Appellee moved this court to reconsider its 21 May 2021 opinion in light of our superior court's decision in *United States v. Brubaker-Escobar*, No. 20-0345, 2021 CAAF LEXIS 508 (C.A.A.F. 4 Jun. 2021), and to order an immediate stay of our remand. Appellant did not oppose the motion.

The panel of Senior Judge Lewis, Judge Ramírez, and Judge Cadotte voted 3–0 in favor of panel reconsideration.

It is by the court on this 23d day of June, 2021,

**ORDERED:**

Appellee's Motion for Reconsideration is **GRANTED**. The court's 21 May 2021 decision is hereby **WITHDRAWN**. Appellee's request for a stay is **MOOT**.

The record of trial will be returned to the court for completion of its Article 66, UCMJ, 10 U.S.C. § 866, review.

FOR THE COURT

*Carol K. Joyce*

CAROL K. JOYCE
Clerk of the Court